A CERTIFIED TRUE COPY
JUL 11 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 12 AM 11: 13
LORETTA G. WHYTE

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
JUN 23 2006
FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 18 2006
GREGORY C. LANGHAM
CLERK

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-54)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,956 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
JUL 11 2006
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JUL 18 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No. 5755

# SCHEDULE CTO-54 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| ALABAMA MIDDLE | | |
| ~~ALM 2 06-488~~ | ~~Felix Arrington, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/10/06 | |
| ALABAMA NORTHERN | | |
| ALN 2 06-993 | Charles W. Glover, et al. v. Merck & Co., Inc. | 06-3555 |
| ALN 2 06-998 | Jeannie Diane Whittington v. Merck & Co., Inc. | 06-3556 |
| ALN 4 06-954 | Jeff McWilliams, et al. v. Merck & Co., Inc. | 06-3557 |
| ARKANSAS EASTERN | | |
| ARE 3 06-86 | Carol G. Watkins, etc. v. Merck & Co., Inc. | 06-3558 |
| ARE 5 06-131 | Rosalie Belvedresi, et al. v. Merck & Co., Inc. | 06-3559 |
| CALIFORNIA CENTRAL | | |
| CAC 8 06-451 | Antonio Sanchez, et al. v. Merck & Co., Inc. | 06-3560 |
| CALIFORNIA NORTHERN | | |
| CAN 3 06-3240 | George Fudge, et al. v. Merck & Co., Inc. | 06-3561 |
| COLORADO | | |
| CO 1 06-965 | Gracie Abeyta v. Merck & Co., Inc. | 06-3562 |
| CO 1 06-976 | Horst Adam v. Merck & Co., Inc. | 06-3563 |
| CO 1 06-977 | John Barall-Inman v. Merck & Co., Inc. | 06-3564 |
| CO 1 06-978 | Jared Birely v. Merck & Co., Inc. | 06-3565 |
| CO 1 06-979 | Charlene Clark v. Merck & Co., Inc. | 06-3566 |
| CO 1 06-980 | Jackie Clark v. Merck & Co., Inc. | 06-3567 |
| CO 1 06-981 | Ronald Clark v. Merck & Co., Inc. | 06-3568 |
| CO 1 06-982 | Patricia Gillaspy v. Merck & Co., Inc. | 06-3569 |
| CO 1 06-983 | May Harris v. Merck & Co., Inc. | 06-3570 |
| CO 1 06-984 | Bill James v. Merck & Co., Inc. | 06-3571 |
| CO 1 06-985 | Leonard Johnson v. Merck & Co., Inc. | 06-3572 |
| CO 1 06-986 | Merry Lepper v. Merck & Co., Inc. | 06-3573 |
| CO 1 06-987 | Raymond Masel v. Merck & Co., Inc. | 06-3574 |
| CO 1 06-988 | John McKinley v. Merck & Co., Inc. | 06-3575 |
| CO 1 06-989 | Larry Shermer, etc. v. Merck & Co., Inc. | 06-3576 |
| CO 1 06-990 | Gary Tanner v. Merck & Co., Inc. | 06-3577 |
| CO 1 06-1000 | Gilbert Bell v. Merck & Co., Inc. | 06-3578 |
| CO 1 06-1001 | Ron Hodge v. Merck & Co. Inc. | 06-3579 |
| CO 1 06-1002 | Marjorie Ann Rix v. Merck & Co., Inc. | 06-3580 |
| CONNECTICUT | | |
| CT 3 06-742 | Robert Perry, et al. v. Merck & Co., Inc. | 06-3581 |
| FLORIDA SOUTHERN | | |
| FLS 0 06-60673 | Abraham Kulla, et al. v. Merck & Co., Inc. | 06-3582 |
| FLS 0 06-60694 | Brian Klemm, et al. v. Merck & Co., Inc. | 06-3583 |
| FLS 0 06-60715 | Dean DeCarlo, etc. v. Merck & Co., Inc. | 06-3584 |
| FLS 0 06-60716 | George Kapoglis v. Merck & Co., Inc. | 06-3585 |
| FLS 0 06-60717 | Pamela Lightsey v. Merck & Co., Inc. | 06-3586 |
| FLS 1 06-21223 | Leonette Conyers v. Merck & Co., Inc. | 06-3587 |
| FLS 9 06-80526 | Wayne Stevens, et al. v. Merck & Co., Inc. | 06-3588 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| **GEORGIA MIDDLE** | | |
| GAM 5 06-183 | Thomas E. Joyner v. Merck & Co., Inc. | 06-3589 |
| **GEORGIA NORTHERN** | | |
| GAN 1 06-1298 | Ann B. Stone v. Merck & Co., Inc. | 06-3590 |
| **IOWA SOUTHERN** | | |
| IAS 4 06-216 | Gregory Johnson, et al. v. Merck & Co., Inc. | 06-3591 |
| **IDAHO** | | |
| ID 1 06-212 | Gary Baggett, et al. v. Merck & Co., Inc. | 06-3592 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-2986 | Brenda Watson, etc. v. Merck & Co., Inc. | 06-3593 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-371~~ | ~~Susan Brooks v. Merck & Co., Inc., et al.~~ Opposed 7/7/06 | |
| ILS 3 06-375 | Nathaniel Webster, et al. v. Merck & Co., Inc. | 06-3594 |
| ILS 3 06-391 | Dolores Coulter v. Merck & Co., Inc., et al. | 06-3595 |
| ILS 3 06-415 | Barbara Siuba v. Merck & Co., Inc. | 06-3596 |
| **INDIANA SOUTHERN** | | |
| INS 1 06-764 | Janet Cicenas, etc. v. Merck & Co., Inc. | 06-3597 |
| **KANSAS** | | |
| KS 2 06-2193 | Linda Wilkerson v. Merck & Co., Inc. | 06-3598 |
| **MARYLAND** | | |
| MD 1 06-1202 | John W. Melvin v. Merck & Co., Inc. | 06-3599 |
| MD 1 06-1204 | Thomas J. Bongiovani v. Merck & Co., Inc. | 06-3600 |
| MD 1 06-1205 | Tawanda Baker, et al. v. Merck & Co., Inc. | 06-3601 |
| **MAINE** | | |
| ME 2 06-102 | Anthony Wedge, et al. v. Merck & Co., Inc. | 06-3602 |
| ME 2 06-103 | Rene Dechaine, et al. v. Merck & Co., Inc. | 06-3603 |
| **MINNESOTA** | | |
| MN 0 06-1699 | Joel Moore, etc. v. Merck & Co., Inc. | 06-3604 |
| MN 0 06-1751 | Dixie Fritz, et al. v. Merck & Co., Inc. | 06-3605 |
| MN 0 06-1752 | Charles Hager, et al. v. Merck & Co., Inc. | 06-3606 |
| MN 0 06-1753 | Dennis Wendt, et al. v. Merck & Co., Inc. | 06-3607 |
| MN 0 06-1754 | Paul Bowman, et al. v. Merck & Co., Inc. | 06-3608 |
| MN 0 06-1757 | Robert J. Pirkl, et al. v. Merck & Co., Inc. | 06-3609 |
| MN 0 06-1770 | Kathleen M. Thurston v. Merck & Co., Inc. | 06-3610 |
| MN 0 06-1813 | Gertie Brenell Wilson-Cheatham, etc. v. Merck & Co., Inc. | 06-3611 |
| MN 0 06-1871 | Marie Carr, et al. v. Merck & Co., Inc., et al. | 06-3612 |
| MN 0 06-2138 | June Nevill v. Merck & Co., Inc. | 06-3613 |
| MN 0 06-2174 | Irene Kidwell, etc. v. Merck & Co., Inc. | 06-3614 |
| MN 0 06-2259 | John T. Parham, etc. v. Merck & Co., Inc. | 06-3615 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2 06-95 | Essie Bryson v. Merck & Co., Inc. | 06-3616 |
| **NEVADA** | | |
| NV 2 06-653 | Dean Dalan v. Merck & Co., Inc. | 06-3617 |
| NV 2 06-654 | Joey Villaflor v. Merck & Co., Inc. | 06-3618 |

SCHEDULE CTO-54 TAG-ALONG ACTIONS (MDL-1657)



| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| NEW YORK EASTERN | | |
| NYE 1 06-2714 | Anthony Roca v. Merck & Co., Inc. | 06-3619 |
| NYE 1 06-2715 | Warren K. Booth, Jr., etc. v. Merck & Co., Inc. | 06-3620 |
| NEW YORK NORTHERN | | |
| NYN 1 06-670 | Cindy Anderson, etc. v. Merck & Co., Inc., et al. | 06-3621 |
| NYN 1 06-671 | Edward A. Lighthart, etc. v. Merck & Co., Inc., et al. | 06-3622 |
| NYN 1 06-672 | Eugene O. Swartz, etc. v. Merck & Co., Inc., et al. | 06-3623 |
| NYN 5 06-667 | David A. Greenway, etc. v. Merck & Co., Inc., et al. | 06-3624 |
| NYN 5 06-669 | Christina Y. Watson, etc. v. Merck & Co., Inc., et al. | 06-3625 |
| NEW YORK SOUTHERN | | |
| NYS 1 06-3695 | Dozin Smith v. Merck & Co., Inc. | 06-3626 |
| NEW YORK WESTERN | | |
| NYW 6 06-6260 | Jerome Ferguson, Sr., etc. v. Merck & Co., Inc., et al. | 06-3627 |
| NYW 6 06-6261 | Cameron W. Nowell v. Merck & Co., Inc., et al. | 06-3628 |
| NYW 6 06-6262 | Carol A. Royer, etc. v. Merck & Co., Inc., et al. | 06-3629 |
| NYW 6 06-6263 | Ronald R. Zyglis, etc. v. Merck & Co., Inc., et al. | 06-3630 |
| NYW 6 06-6264 | Jeremiah J. Nugent, Sr., etc. v. Merck & Co., Inc., et. al. | 06-3631 |
| NYW 6 06-6265 | William C. Kothe, etc. v. Merck & Co., Inc., et al. | 06-3632 |
| NYW 6 06-6266 | James A. Kuczmarski, etc. v. Merck & Co., Inc., et al. | 06-3633 |
| NYW 6 06-6267 | William A. Nistor, Sr., etc. v. Merck & Co., Inc., et al. | 06-3634 |
| OHIO NORTHERN | | |
| OHN 1 06-1284 | Joyce G. Gannon, et al. v. Merck & Co., Inc. | 06-3635 |
| OKLAHOMA WESTERN | | |
| OKW 5 06-568 | Cleo Fowler, et al. v. Merck & Co., Inc. | 06-3636 |
| PENNSYLVANIA EASTERN | | |
| PAE 2 06-1345 | Marjorie E. Thomas, et al. v. Merck & Co., Inc. | 06-3637 |
| PAE 2 06-2021 | Debra King, etc. v. Merck & Co., Inc., et al. | 06-3638 |
| PAE 2 06-2022 | Alauddin Ahmed, et al. v. Merck & Co.,, Inc., et al. | 06-3639 |
| PAE 2 06-2063 | Robert Lee Bryant, et al. v. Merck & Co., Inc.. et al. | 06-3640 |
| PAE 2 06-2064 | Eldridge W. Johnson v. Merck & Co., Inc., et al. | 06-3641 |
| PAE 2 06-2066 | Bert E. Wilson, et al. v. Merck & Co., Inc., et al. | 06-3642 |
| PAE 2 06-2067 | Jo Anne Bredesen v. Merck & Co., Inc., et al. | 06-3643 |
| PAE 2 06-2131 | Tommy Anderson, et al. v. Merck & Co., Inc., et al. | 06-3644 |
| PAE 2 06-2266 | Ray Yant, et al. v. Merck & Co., Inc., et al. | 06-3645 |
| PAE 2 06-2268 | Cheryl Johnson-Tschida, et al. v. Merck & Co., Inc., et al. | 06-3646 |
| PAE 2 06-2269 | Warren F. Knight, et al. v. Merck & Co., Inc., et al. | 06-3647 |
| PAE 2 06-2275 | Daniel Dagney, et al. v. Merck & Co., Inc. | 06-3648 |
| PAE 2 06-2293 | Jacqueline Klossner v. Merck & Co., Inc., et al. | 06-3649 |
| PAE 2 06-2312 | Gerald Baity v. Merck & Co., Inc., et al. | 06-3650 |
| PENNSYLVANIA WESTERN | | |
| PAW 2 06-691 | Gerald Krieger v. Merck & Co., Inc. | 06-3651 |
| PAW 2 06-710 | Joyce Zilliot v. Merck & Co., Inc. | 06-3652 |
| SOUTH DAKOTA | | |
| SD 1 06-1016 | James Marling v. Merck & Co., Inc. | 06-3653 |
| SD 1 06-1017 | Gail R. Hopfinger, etc. v. Merck & Co., Inc. | 06-3654 |

SCHEDULE CTO-54 TAG-ALONG ACTIONS (MDL-1657)



| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| TEXAS EASTERN | | |
| TXE 2 06-213 | John Johnston v. Merck & Co., Inc. | 06-3655 |
| TXE 2 06-218 | Pamela Smith, et al. v. Merck & Co., Inc. | 06-3656 |
| TXE 9 06-108 | John Martin McClain v. Kenneth C. Frazier, et al. | 06-3657 |
| TEXAS NORTHERN | | |
| TXN 3 06-900 | James Henry v. Merck & Co., Inc. | 06-3658 |
| TXN 3 06-938 | Rickey Lynn Higgins v. Merck & Co., Inc. | 06-3659 |
| TXN 4 06-334 | Kenneth Mathis v. Merck & Co., Inc. | 06-3660 |
| TXN 4 06-352 | Sondra S. Light, etc. v. Merck & Co., Inc. | 06-3661 |
| TXN 4 06-354 | Merrilyn Hobbs v. Merck & Co., Inc. | 06-3662 |
| TXN 4 06-355 | Kim Gatlin v. Merck & Co., Inc. | 06-3663 |
| TXN 4 06-363 | Gordon Sharratt v. Merck & Co., Inc. | 06-3664 |
| TXN 4 06-364 | Ralph Michael Lane v. Merck & Co., Inc. | 06-3665 |
| TEXAS SOUTHERN | | |
| TXS 4 06-1638 | Vera Quiroz, et al. v. Med-Cure Primary Care Physicians, PA, et al. | 06-3666 |
| ~~TXS 4 06-1772~~ | ~~Joyce Calloway, et al. v. Merck & Co., Inc.~~ Opposed 6/30/06 | |
| TEXAS WESTERN | | |
| TXW 1 06-373 | Larry Jimenez, et al. v. Merck & Co., Inc. | 06-3667 |
| UTAH | | |
| ~~UT 2 06-406~~ | ~~State of Utah v. Merck & Co., Inc.~~ Opposed 7/11/06 | |
| VIRGINIA EASTERN | | |
| VAE 1 06-609 | Mladenka Mastilovic, etc. v. Merck & Co., Inc. | 06-3668 |
| WEST VIRGINIA NORTHERN | | |
| WVN 1 06-78 | James Harold Harper v. Merck & Co., Inc. | 06-3669 |
| WVN 1 06-79 | Claude Cunningham, etc. v. Merck & Co., Inc. | 06-3670 |
| WVN 2 06-52 | Charles R. Goff v. Merck & Co., Inc. | 06-3671 |
| WEST VIRGINIA SOUTHERN | | |
| WVS 1 06-371 | Howard D. Davidson v. Merck & Co., Inc. | 06-3672 |
| WVS 2 06-358 | Charles S. Tyson v. Merck & Co., Inc. | 06-3673 |
| WVS 2 06-359 | Merrill Lesile Irving, etc. v. Merck & Co., Inc. | 06-3674 |
| WVS 2 06-360 | Lester Doneff v. Merck & Co., Inc. | 06-3675 |
| WVS 2 06-361 | John E. Morris v. Merck & Co., Inc. | 06-3676 |
| WVS 2 06-362 | Kelly J. Elswick, etc. v. Merck & Co., Inc. | 06-3677 |
| WVS 2 06-363 | Jack Lee West v. Merck & Co., Inc. | 06-3678 |
| WVS 5 06-372 | Louie Cundiff Rakes, Jr. v. Merck & Co., Inc. | 06-3679 |
| WVS 6 06-366 | Linda L. Nelson v. Merck & Co., Inc. | 06-3680 |
| WVS 6 06-367 | Henry C. Jones v. Merck & Co., Inc. | 06-3681 |